## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARLOW WILLIAMS, SR.**                                          **PLAINTIFF**

**v.**                           **CASE NO: 3:14CV00113 BSM**

**CHRIS JEFFERSON et al.**                                        **DEFENDANTS**

### ORDER

On April 28, 2014, plaintiff Marlow Williams, Sr., filed this complaint against members of the Jonesboro Police Department.  On July 28, 2014, Williams filed a motion to compel, asserting that Craighead County Detention Facility officials have not provided him with a copy of his jail file.  In response, defendants assert that there are no Craighead County defendants in this lawsuit and that they are willing to provide Williams a copy of his file if he sends them a written request or discovery request asking for it.  Williams filed a reply indicating that he has already sent such a request.  Accordingly, Williams's motion to compel [Doc. No. 12] is denied.  Defendants are, however, directed to treat Williams's motion as a request for his jail file, and respond as set forth in the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 26th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE