**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARLOW WILLIAMS, SR.**                                                        **PLAINTIFF**

**v.**                     **CASE NO. 3:14CV00113 BSM**

**CHRIS JEFFERSON et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff Marlow Williams, Sr. filed this *pro se* lawsuit while incarcerated and was granted leave to proceed *in forma pauperis* ("IFP"), but has now provided notice that he has been released from custody. Pursuant to court policy, Williams has thirty days to either pay the $350 statutory filing fee or to resubmit an IFP application reflecting his free-world financial status. Failure to do so may result in the dismissal of this lawsuit. The clerk is directed to send an IFP application to Williams.

IT IS SO ORDERED this 23rd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE