**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARLOW WILLIAMS, SR.**                                                                                    **PLAINTIFF**

v.                                          **CASE NO. 3:14CV00113 BSM**

**CHRIS JEFFERSON et al.**                                                                                **DEFENDANTS**

## ORDER

On April 30, 2015, defendants moved for summary judgment on the claims set forth in Marlow Williams's complaint. *See* Doc. No. 33. Accordingly, defendants filed a brief in support and a statement of facts. *See* Doc. Nos. 34 & 35. The time to respond, which was May 18, 2015, has passed and Williams has not yet submitted his response to defendants' motion.

Williams is therefore directed to file his response to defendants' motion for summary judgment, along with his response to defendants' statement of facts, within seven (7) days of the entry of this order. He is warned that failure to timely comply, or to provide a reasonable justification for his failure to do so, may result in defendants' motion being granted. The clerk is directed to forward a copy of this order to Williams.

IT IS SO ORDERED this 28th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE