**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARLOW WILLIAMS, SR.**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:14CV00113 BSM**

**CHRIS JEFFERSON et al.**                                            **DEFENDANTS**

**ORDER**

Defendants moved for summary judgment on April 30, 2015, and on May 28, 2015,

plaintiff was ordered to respond to the motion within seven days or risk the likelihood that

his complaint would be dismissed.  *See* Doc. Nos. 33, 37.  In that plaintiff has failed to

respond to defendants' motion for summary judgment, the motion is deemed to be

unopposed, and is therefore granted.  The complaint is hereby dismissed with prejudice and

a judgment closing this case will accompany this order.

IT IS SO ORDERED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE