# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARLOW WILLIAMS, SR.**                                                              **PLAINTIFF**

**v.**                     **CASE NO. 3:14CV00113 BSM**

**CHRIS JEFFERSON et al.**                                                  **DEFENDANTS**

## ORDER

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE